**DISMISS and Opinion Filed December 11, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01172-CV**

**GEN FRISCO LP D/B/A KOREAN BBQ HOUSE, GEN RESTAURANT GROUP, LLC, AND GEN RESTAURANT GROUP, INC., Appellants**

**V.**

**SEMAJ GRIGGS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03232-2023**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is appellants' December 4, 2024 motion to dismiss the appeal

due to settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

241172f.p05                                    /Bill Pedersen, III//
                                               BILL PEDERSEN, III
                                               JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GEN FRISCO LP D/B/A KOREAN
BBQ HOUSE, GEN RESTAURANT
GROUP, LLC, AND GEN
RESTAURANT GROUP, INC.,
Appellants

No. 05-24-01172-CV     V.

SEMAJ GRIGGS, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-03232-
2023.
Opinion delivered by Justice
Pedersen, III. Justices Smith and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Semaj Griggs recover his costs of this appeal from appellants Gen Frisco LP d/b/a Korean BBQ House, Gen Restaurant Group, LLC, and Gen Restaurant Group, Inc.

Judgment entered this 11th day of December, 2024.